E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-7906  GHK (SHx) | Date | January 7, 2013 |
| Title | *EYP Realty, LLC    v.   Macy's Department Stores, Inc.* | | |

**Presiding: The Honorable**   GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

NONE                                                                      NONE

**Proceedings:**      **ORDER TO SHOW CAUSE**

    The Court on May 19, 2011, issued it's *scheduling conference order* in the above case setting forth the deadline for compliance of Local Rule 16-15 by no later than December 1, 2011.  Further, the Court indicated that no motion for summary judgment may be filed before the parties have fully exhausted all settlement discussions in good faith.  According to the court docket no action has been taken since the issuance of the *scheduling order* nor have the parties filed a joint status report in compliance as required by the Court.

    Counsel are hereby **ORDERED TO SHOW CAUSE** in writing within **TEN (10) DAYS** hereof, why appropriate sanctions should not be imposed for failure to comply with the Court's order of May 19, 2011.  Further, plaintiff is **ORDERED TO SHOW CAUSE** within the same time period why the above actions, should not be dismissed for its failure to diligently prosecute in pursuant to Local Rule 41-1 of this Court.

    Local Rule 41-1 provides that actions which have been pending for more than a reasonable length of time without any proceeding having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution.  Failure of counsel to timely and adequately respond as required herein SHALL be deemed plaintiff's abandonment of the above action.  In that event, the above matter will be dismissed without further notice from the Court, without prejudice for failure to diligently prosecute and for failure to comply with the Court's order.

    **IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
|  | Initials of Preparer            Bea |